[No. 62137-8-I. Division One. May 4, 2009.]

SABEL H. BBELA, *Appellant*, v. MICROSOFT CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-17940-2, John P. Erlick, J., entered July 25, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Dwyer, A.C.J., and Becker, J.

[No. 62252-8-I. Division One. May 4, 2009.]

ROBERT P. ERICKSON, *Appellant*, v. FISHER COMMUNICATIONS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-38797-8, Joan E. DuBuque, J., entered August 4, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Ellington and Lau, JJ.

[No. 62287-1-I. Division One. May 4, 2009.]

*In the Matter of the Personal Restraint of* CHRISTOPHER R. MORTENSON, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* and case *remanded* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Lau, J.

[No. 62478-4-I. Division One. May 4, 2009.]

YOLANDA DeLAY, *Appellant*, v. GLAYDE LARSEN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-27259-1, Sharon S. Armstrong, J., entered October 1, 2008. *Affirmed* by unpublished opinion per Schindler, C.J., concurred in by Grosse and Lau, JJ.